FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT -2 PM 12: 00

[signature]
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MADISON ANTONIO LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 106-081 |
| ) | |
| C & H SERVICES and BURKE COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this 2nd day of October, 2006, at Augusta, Georgia.

[signature]
UNITED STATES DISTRICT JUDGE